**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 15, 2019**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00495-CR

---

## VICTORIA MEDRANO GONZALES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374645**

---

## M E M O R A N D U M   O P I N I O N

Appellant Victoria Medrano Gonzales has signed and filed a written request to withdraw her notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court

to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain

Do Not Publish – Tex. R. App. P. 47.2(b)